# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Danny D. Wilkinson  :
: 
: CHAPTER 13
Debtor : NO. 19-17774-MDC

## CONSENT ORDER REGARDING DEBTOR'S PERSONAL INJURY CLAIM

The undersigned counsel agree on this date, July 19, 2023 to the following:

1. Debtor is pursuing, through Kevin B. Steinberg, Esquire a personal injury claim against Davita, Inc., et al ("Claim").

2. The time period for the Debtor(s) to exempt any of the net proceeds of the Claim shall be tolled until 30 days after Debtor(s)' counsel provides written notice to the Trustee of any moneys recovered for the Claim, and the deadline for the Trustee to object to any exemptions regarding the Claim shall extended until 30 days after the notice is provided to the Trustee or the exemptions are filed, which is latter.

3. Debtor(s)' personal injury counsel shall make no distribution of any funds recovered regarding the Claim without prior written consent of the Chapter 13 Trustee or by further Order of the Bankruptcy Court.

4. The terms of this Consent Order shall supersede any conflicting terms of any future confirmed Chapter 13 Plan.

1

5. The parties hereto request the Court enter this agreement as a Consent Order.

BRAD SADEK          , Esquire

By: /signature/
Attorney for Debtor(s)

KEVIN B. STEINBERG   , Esquire

By: /s/ Kevin Steinberg
Personal Injury Attorney for Debtor

Office of Standing Chapter 13 Trustee

By: /s/ *Kenneth E. West*
Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street (Septa Building)
Suite 18-341
Philadelphia, PA 19107
Phone:    215-627-1377, ext 101
Fax:      215-627-6299

IT IS SO ORDERED:

Dated:    7/20/2023

/signature/ Magdeline D. Coleman
_____,
**United States Bankruptcy Court**

2